NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARKANSAS GAME & FISH COMMISSION,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2009-5121, 2010-5029

---

Appeals from the United States Court of Federal Claims in case no. 05-CV-381, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for a 25-day extension of time, until July 23, 2010, to file a response/reply brief. Arkansas Game & Fish Commission opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUL 15 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Julie D. Greathouse, Esq.
     Robert J. Lundman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK